IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

EVON N. HUGHES                                                                                    PLAINTIFF

V.                                          4:20CV001160 JM

DAVID LEE RUSSELL,
ERIC EVANS, AND SHARON
MARIE PROPERTIES LLC                                                                      DEFENDANTS

## ORDER

Pending before this Court is the Plaintiff's Motion to Proceed *In Forma Pauperis*. The motion (Docket #1) is hereby GRANTED. The applicant may proceed without prepayment of fees and costs or security therefor.

Plaintiff has not provided a mailing address for any of the Defendants named in the Complaint. In order for the Clerk of the Court to prepare the summonses and United States Marshal serve them, those addresses must be furnished by the Plaintiff. Once Plaintiff has supplied the addresses, the Clerk is directed to prepare the summonses and the United States Marshal for the Eastern District of Arkansas is directed to serve the summons and complaint on Defendants in this action without prepayment of costs. The Marshal shall serve the summons pursuant to the provisions of Rule 4 of the Federal Rules of Civil Procedure.

Plaintiff's Motion for Leave to Proceed IFP (Docket #1) is GRANTED. Plaintiff is directed to file the mailing addresses of each of the Defendants listed in the Complaint.

IT IS SO ORDERED this 5th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE