(Post. 08/13/19)

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Evon N Hughes | 4:20-cv-01160-JM |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Russell et al | Summons/Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
David Russell

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
111 A. Calli Lane          Hot Springs, AR   71913

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Evon N Hughes
c/o Legal Aid of Arkansas
711 Towne Oaks Drive
Little Rock, AR  72227-6213

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

*Received Eastern Arkansas Marshal 2020 OCT -7 PM 4:31*

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| L. Bichlmeier | 501-604-5351 | 10/7/2020 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 9 | District to Serve No. 9 | Signature of Authorized USMS Deputy or Clerk | Date 10-8-2020 |
|---|---|---|---|---|---|

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am ☐ pm |
|---|---|---|---|

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|

| Service Fee 8.00 | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges 8.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) 8.00 |
|---|---|---|---|---|---|

REMARKS

SERVICE ATTEMPTED   11-5-2020
SERVICE UNEXECUTED  11-5-2020

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 0 5 2020

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

2020 NOV -4 PM 4:02

U.S. Marshal
Eastern Arkansas

Return Receipt (Form 3811) Barcode

9590 9266 9904 2166 0553 97

1. Article Addressed to:

DAVID RUSSEL
111A. CALLI LANE
HOT SPRINGS, AR 71913

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2166 0553 94

PS Form 3811, Facsimile, July 2015

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature ☐ Agent
X ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information

4:20CV01160

Domestic Return Receipt

DAVID RUSSEL
111A. CALLI LANE
HOT SPRINGS, AR 71913

NIXIE      731    DE 1310         0011/01/20
           RETURN TO SENDER

9414 7266 9904 2166 0553 94
RETURN RECEIPT REQUESTED

