IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**EVON N. HUGHES**                                                                                       **PLAINTIFF**

V.                                           **4:20CV01160 JM**

**DAVID LEE RUSSELL, ERIC EVANS,**
**AND SHARON MARIE PROPERTIES LLC**                                **DEFENDANTS**

## ORDER

The Court has been notified by the Plaintiff that her claims against Defendants Eric Evans and Sharon Marie Properties LLC have been settled. The Court will set a hearing to determine damages owed by Defendant David Lee Russell when a motion for default judgment pursuant to Rule 55(b)(2) has been filed.

IT IS THEREFORE ORDERED that the claims against Defendants Eric Evans and Sharon Marie Properties LLC are dismissed with prejudice. The motion to dismiss (ECF No. 33) is GRANTED.

Dated this 3rd day of November, 2021.

_____
James M. Moody Jr
United States District Judge