IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

EVON N. HUGHES                                                                                    PLAINTIFF

V.                                        4:20CV01160 JM

DAVID LEE RUSSELL                                                                                 DEFENDANT

## ORDER

Pending is the motion to withdraw of Natalie E. Ramm, Jason Auer, and Cameron Bowden of Legal Aid of Arkansas, Inc. as counsel for Plaintiff. Within twenty (20) days of the date of this Order, Plaintiff is directed to either (1) advise the Court in writing that she intends to represent herself and provide her current address and phone number or (2) have another attorney enter an appearance on her behalf. Failure to comply with this Order will result in dismissal of the case for failure to prosecute.

Plaintiff's counsel are directed to serve a copy of this Order on Plaintiff by certified mail, return receipt requested, and by first class mail, and file an affidavit of service with the Court. The Court will hold the motion to withdraw in abeyance until the affidavit of service is filed.

IT IS SO ORDERED this 12th day of January, 2022.

_____
United States District Judge
James M. Moody Jr.