United States District Court for the Eastern District of Arkansas
Central Division

**Evon N. Hughes**                                                           **Plaintiff**

v.                      Case No. 4:20-cv-1160-JM

**David Lee Russell, Eric Evans,
and Sharon Marie Properties LLC
Defendants**

### AFFIDAVIT OF ATTEMPTED SERVICE BY MAIL

The undersigned, having been duly sworn, states upon oath and affirmation:

1.    That I am the attorney in the above captioned case.

2.    That, on January 12, 2022, I caused a certified letter with a return receipt requested to be mailed to Ms. Hughes, at her last known address, along with a copy of this Court's Order dated January 12, 2022.

3.    That on the same day, I sent a letter and copy of the Order by First Class mail to Ms. Hughes at her last known address.

4.    That the certified letter was returned to sender unclaimed, unable to forward.

5.    That the letter sent by First Class mail was not returned to sender.

IN WITNESS WHEREOF, I have set my hand this 22nd day of February, 2022

_____
Jason Auer

## ACKNOWLEDGMENT

The undersigned, being duly sworn, states on oath that they have reviewed the above-named pleading and that the facts and matters contained therein are true and correct to the best of their knowledge and belief.

_Jason Auer_
Jason Auer

Subscribed and sworn to before me, a notary public, this 22 day of February, 2022



Notary Public: _Emily Matteson_

EMILY MATTESON
MY COMMISSION # 12714468
EXPIRES: May 14, 2031
Pulaski County

My commission expires on the 14 day of May, 2031





**United States District Court for the Eastern District of Arkansas**
**Central Division**

**Evon N. Hughes**                                                                                              **Plaintiff**

**v.**                                          **Case No. 4:20-cv-1160-JM**

**David Lee Russell, Eric Evans,**
**and Sharon Marie Properties LLC**                                                          **Defendants**

### AFFIDAVIT OF ATTEMPTED SERVICE BY MAIL

The undersigned, having been duly sworn, states upon oath and affirmation:

1. That I am the attorney in the above captioned case.

2. That when the January 12, 2022, certified mail was returned to sender, I requested and received an extension from the court to serve Ms. Hughes with the Court's January 12, 2022 Order.

3. I attempted to contact Ms. Hughes by phone, email, and text to update her address. On February 4, 2022, I received a response by text stating her new address was 4407 Lynn Lane, North Little Rock, Arkansas 72118.

4. On February 7, 2022, I caused a certified letter with a return receipt requested to be mailed to Ms. Hughes, at her North Little Rock address, along with a copy of this Court's Order dated January 12, 2022.

5. The tracking for the certified letter indicates that delivery was attempted, and notice was left on the door of the residence on February 9. Since then, the letter has been held at the USPS location in North Little Rock for pickup or redelivery.

6. That on February 7, 2022, I sent a letter and copy of the Order by First Class mail to Ms. Hughes to her North Little Rock address.

7. That the letter sent by First Class mail was not returned to sender.

8. That I emailed a copy of the Order to Ms. Hughes on February 4, 2022.

IN WITNESS WHEREOF, I have set my hand this 22nd day of February, 2022

_____
Natalie E. Ramm

## ACKNOWLEDGMENT

The undersigned, being duly sworn, states on oath that they have reviewed the above-named pleading and that the facts and matters contained therein are true and correct to the best of their knowledge and belief.

_____
Natalie E. Ramm

Subscribed and sworn to before me, a notary public, this 22 day of FEBRUARY, 2022

EMILY MATTESON
MY COMMISSION # 12714488
EXPIRES: May 14, 2031
Pulaski County

Notary Public: Emily Matteson

My commission expires on the 14 day of May, 2031

