IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

EVON N. HUGHES                                                                                    PLAINTIFF

V.                                            4:20CV01160 JM

DAVID LEE RUSSELL                                                                              DEFENDANT

## ORDER

Plaintiff filed a Motion for Default Judgment against Defendant David Lee Russell on November 4, 2021. The Court set a hearing for December 8, 2021 to determine damages. Plaintiff was unable to attend. A month later Plaintiff's attorneys filed a Motion to Withdraw as counsel for Plaintiff. The Court ordered Plaintiff to either advise the Court that she intended to represent herself in the case or have a new attorney enter an appearance on her behalf. The Court ordered Plaintiff's counsel to serve the Order on Plaintiff at her last known address.

Counsel has notified the Court that their certified letter to Plaintiff was returned to them unclaimed and unable to forward. Counsel's letter to Plaintiff sent on January 12, 2022 by First Class mail, however, was not returned to them. Plaintiff has failed to notify the Court that she will represent herself in this matter and new counsel has not entered an appearance on her behalf.

For this reason, the case is dismissed without prejudice for failure to prosecute pursuant to Rule 41(b). *See Link v. Wabash R. Co.*, 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962) ("The authority of a federal trial court to dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted. The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts.").

The case is dismissed without prejudice. The Motion for Default Judgment (ECF No. 35)

is MOOT. The Motion to Withdraw as Attorney (ECF No. 38) is GRANTED. The Clerk is directed to close the case.

    IT IS SO ORDERED this 25th day of February, 2022.

_____
James M. Moody Jr.
United States District Judge