IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

EVON N. HUGHES                                                                              PLAINTIFF

V.                                          4:20CV01160 JM

DAVID LEE RUSSELL                                                                      DEFENDANT

## JUDGMENT

Based upon the Order entered today, Plaintiff's claim against Defendant David Lee Russell is DISMISSED without prejudice. Plaintiff voluntarily dismissed Defendants Eric Evans and Sharon Marie Properties LLC.

IT IS SO ORDERED this 25th day of February, 2022.

_____
James M. Moody Jr.
United States District Judge